IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND ANDREW BIVINS, #151172, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:17-CV-194-WKW ) [WO] |
| CYNTHIA STEWART, STEVEN T. MARSHALL, and the STATE OF ALABAMA, | ) ) ) ) |
| Respondents. | ) ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 12.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

2. Petitioner Raymond Andrew Bivins's petition for habeas corpus relief is DENIED; and

3. Mr. Bivins's petition is DISMISSED without prejudice to allow him an opportunity to exhaust available state-court remedies.

A final judgment will be entered separately.

Case 1:17-cv-00194-WKW-GMB   Document 13   Filed 07/14/17   Page 2 of 2

2

DONE this 14th day of July, 2017.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE